UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
KING PHARMACEUTICALS, INC., KING
PHARMACEUTICALS RESEARCH AND

DEVELOPMENT, INC.,

        Plaintiffs/Counterclaim
        Defendants,

   -against-

EON LABS, INC.,

        Defendant/Counterclaim
        Plaintiff.

--------------------------------X

ORDER

Civil Action No.
CV-04-5540(DGT)

Trager, J:

    The issue of whether the unredacted briefs in this case contain any confidential information of the counterclaim defendants or any third parties, such that they should remain sealed, is respectfully referred to Magistrate Judge Roanne L. Mann for a Memorandum and Order.

Dated:    Brooklyn, New York
           January /3, 2010

                   SO ORDERED:

                     s/ DGT
                     David G. Trager
                     United States District Judge